IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GOT PRODUCTIONS LLC,
NATURAL RX, INC., and
TREVOR REED,

        Plaintiffs,

vs.                                                                                    1:18-cv-00893-RB-LF

ZEPTO LLC and
CHAZ MCGOWAN,

        Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on December 10, 2018, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 10), filed on December 3, 2018, and adopted it as modified by the dates provided in the Court's Scheduling Order (Doc. 14), filed concurrently with this Order.


_____
Laura Fashing
United States Magistrate Judge